Dismissed and Memorandum Opinion filed October 6, 2005









Dismissed and Memorandum Opinion filed October 6,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00089-CV

____________

 

YOLANDA ALPOUGH,
Appellant

 

V.

 

JENNIFER GONZALES and RENE
GONZALES, Individually and as Next Friends and on Behalf of MORIAH GONZALES and
ASHLEY GONZALES, Appellees

 



 

On Appeal from the
129th District Court

Harris County, Texas

Trial Court Cause No.  01-31718

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 7, 2004.

On September 27, 2005, appellants filed a motion to dismiss
the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed October 6, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.